**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETSY ELGAR, | No. C 06-7529 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |
| ALAMEDA COUNTY SOCIAL SERVICES AGENCY, | |
| Defendant(s). | |

On October 31, 2009, the Court granted Plaintiff's Application to Proceed *In Forma Pauperis*. Accordingly, the Court shall conduct a Case Management Conference on February 19, 2009 at 10:00 a.m. in Courtroom B. All deadlines in the December 7, 2006 scheduling order shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: October 31, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY P. ELGAR,<br><br>　　　　Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SOCIAL SERVICES et al,<br><br>　　　　Defendant.　　　　　　　　　／ | Case Number: CV06-07529 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Betsy P. Elgar
P.O. Box 697
Suisun, CA 94585

Dated: October 31, 2008

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Brenda Tolbert, Deputy Clerk

2